May 17, 2023

<u>BY EMAIL AT Jon@Prolific Ideas.com AND CERTIFIED MAIL/ RETURN RECEIPT REQUESTED</u>

Mr. Jonathan Buckheit
34 Selby Lane
Atherton, CA 94027

   Re: Call Option Agreement Dated February 18, 2021 (the "Agreement", with capitalized terms not defined herein having the meaning ascribed to such terms in the Agreement)

Dear Jon:

  Pursuant to Section 1(c)(i) of the Agreement, this constitutes a Call Exercise Notice to you, expressing my desire to purchase all of your Unvested Shares, namely 291,914 Shares.

  In accordance with Section 1(c)(iii) of the Agreement, the Call Right Closing Date shall be June 2, 2023. The aggregate Call Purchase Price for the Unvested Shares will be $4,168,531.92.

  You previously rejected my tender of the Call Option Fee. With the certified mail version of this letter, I am again enclosing a check for $1,000 in payment of the Call Option Fee. If you reject this tender again, I will add the amount of the Call Option Fee to the Call Purchase Price and pay the same at closing. To be clear, your rejection of my previous tender of the Call Option Fee constituted a breach of the Agreement and I am in no way waiving my rights and remedies with respect to such breach by providing this Call Exercise Notice or re-tendering the $1,000 concurrently with this Call Exercise Notice.

  I expect that you will abide by the terms of the Agreement and proceed to closing on the Call Right Closing Date, all in accordance with Sections 1(c)(ii)-(iii), (d), (e) and (f) of the Agreement. In any event, be advised that I reserve all of my legal rights and remedies, including all rights and claims stemming from your prior breach of the Agreement. Thank you.

         Sincerely yours,

         */s/ Andrew B. Conru*

         Andrew B. Conru

Enclosure

4578559_2